QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
William Edward Hughes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                        )<br>               Plaintiff,                    )<br>                                                        )<br>        v.                                          )<br>                                                        )<br>WILLIAM EDWARD HUGHES,      )<br>                                                        )<br>               Defendant.                )<br>_____ ) | NO. 1:05-cr-00249 OWW<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE HEARING<br>AND ORDER<br><br>Date:  November 21, 2005<br>Time:  10:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference hearing scheduled in the above captioned matter for November 7, 2005, may be continued to November 21, 2005 at 10:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3  3161(h)(8)(B)(i) and (iv).

                                                McGREGOR M. SCOTT
                                                United States Attorney

DATED: November 3, 2005          By:  /s/ David L. Gappa
                                                   DAVID L. GAPPA
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

                                                QUIN DENVIR
                                                Federal Defender

DATED: November 3, 2005          By:  /s/ Melody M. Walcott
                                                   MELODY M. WALCOTT
                                                 Assistant Federal Defender
                                                 Attorney for Defendant
                                                 WILLIAM EDWARD HUGHES

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: November __4__, 2005       /s/ OLIVER W. WANGER
                                              OLIVER W. WANGER, Judge
                                              United States District Court
                                              Eastern District of California