QUIN DENVIR, Bar #49374
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
William Edward Hughes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00249 OWW |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING |
| v. | ) ) | AND ORDER |
| WILLIAM EDWARD HUGHES, | ) ) | Date: December 5, 2005 Time: 10:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that **the status conference hearing scheduled in the above captioned matter for November 21, 2005, may be continued to December 5, 2005 at 10:00 a.m.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR M. SCOTT
                                                United States Attorney

DATED: November 16, 2005            By:  /s/ David L. Gappa
                                                       DAVID L. GAPPA
                                                        Assistant U.S. Attorney
                                                       Attorney for Plaintiff

                                                QUIN DENVIR
                                                Federal Defender

DATED: November 16, 2005            By:  /s/ Melody M. Walcott
                                                         MELODY M. WALCOTT
                                                       Assistant Federal Defender
                                                       Attorney for Defendant
                                                       WILLIAM EDWARD HUGHES

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: November __18__, 2005

                                                /s/ OLIVER W. WANGER

                                                OLIVER W. WANGER, Judge
                                                United States District Court
                                                Eastern District of California