DENNIS S. WAKS, Bar #142581
Acting Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
William Edward Hughes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00249 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS FILING AND HEARING |
| v. ) | AND ORDER |
| WILLIAM EDWARD HUGHES, ) | Date: March 7, 2006 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new motions schedule be set as follows:  defendant's motions in the above-captioned matter shall be filed on or before February 13, 2006, government responses to be filed on or before February 27, 2006, **and the hearing on motions now set for January 30, 2006, may be continued to March 7, 2006, at 9:00 A.M.**

The grounds for the continuance are further defense preparation and plea negotiations.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                   McGREGOR M. SCOTT
                   United States Attorney

DATED: January 23, 2006    By: /s/ David L. Gappa
                   DAVID L. GAPPA
                   Assistant U.S. Attorney
                   Attorney for Plaintiff

                   DENNIS S. WAKS
                   Acting Federal Defender

DATED: January 23, 2005    By: /s/ Melody M. Walcott
                   MELODY M. WALCOTT
                   Assistant Federal Defender
                   Attorney for Defendant
                   WILLIAM EDWARD HUGHES

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

DATED: January  25 , 2006

                   /s/ OLIVER W. WANGER

                   OLIVER W. WANGER, Judge
                   United States District Court
                   Eastern District of California