1 | DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
2 | MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
William Edward Hughes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00249 OWW |
|---|---|---|
| *Plaintiff*, | ) | STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS/ STRIKE, MOTIONS HEARING AND ORDER THEREON |
| v. | ) | |
| WILLIAM EDWARD HUGHES, | ) | |
| *Defendant*. | ) | Date:  March 21, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties, that due to the late filing of defendant's motion, the government's response to defendant's motion to dismiss/strike in the above-captioned matter shall be continued from February 27, 2006, to March 8, 2006, **and the hearing on motions now set for March 7, 2006, may be continued to March 21, 2006, at 9:00 A.M.**

The grounds for the continuance are for further plea negotiations and late filing of defendant's motion.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

///

|   |   |
|---|---|
|   | McGREGOR M. SCOTT<br>United States Attorney |
| DATED: February 23, 2006 | By: /s/ David L. Gappa<br>DAVID L. GAPPA<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   |   |
|   | DANIEL J. BRODERICK<br>Acting Federal Defender |
| DATED: February 23, 2006 | By: /s/ Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Attorney for Defendant<br>WILLIAM EDWARD HUGHES |

**ORDER**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   February 23, 2006**           /s/ Oliver W. Wanger
emm0d6                                                        UNITED STATES DISTRICT JUDGE

Hughes - Stipulation and [Proposed] Order            2