# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   William Edward Hughes          **Docket Number:**   1:05CR00249-01

**Name of Judicial Officer:**   United States District Judge Lawrence J. O'Neill

**Date of Original Sentence:**   6/13/2006

**Original Offense:** 18 U.S.C. 2252 (a)(4)(B), Possession of Material Involving the Sexual Exploitation of Minors (CLASS C FELONY)

**Original Sentence:** 120 months custody Bureau of Prisons; 60 months of supervised release; $100 special assessment.

**Special Conditions:** 1) Search; 2) Financial disclosure; 3) Mental health treatment; 4) Aftercare co-payment; 5) Computer restriction; 6) No contact with minors; 7) Computer inspections; 8) Pornographic restrictions; 9) Phone record disclosure; 10) Notice to employer on computer restriction; 11) Sex offender treatment; 12) Sex offender registration; and 13) DNA collection

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   3/28/2014

**Other Court Actions:** None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall submit to the search of his person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant, by any law enforcement or probation officer in the lawful discharge of the officer's supervision functions with reasonable suspicion concerning unlawful conduct or a violation of a condition of probation or supervised release.

> Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.
>
> 2. The defendant shall not possess, own, use, view, read, or frequent places with material depicting and/or describing sexually explicit conduct, including computer images, pictures, photographs, books, writings, drawings, videos, or video games. "Sexually explicit conduct" as defined in 18 U.S.C 2256(2) means actual or simulated (10 sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. Furthermore, the defendant shall not frequent places where the primary purpose is related to such material.
>
> 3. The defendant's resident shall be pre-approved by the probation officer. The defendant shall not reside in direct view of places such as school yards, parks, public swimming pools, or recreational centers, playgrounds, youth centers, video arcade facilities, or other places primarily used by children under the age of 18.

**Justification:** The supervisee was sentenced on the instant conviction on June 13, 2006, and subsequently released from the Bureau of Prisons on March 25, 2014. At sentencing, Your Honor ordered the general search condition. By virtue of the supervisee's conviction, he is required to register as a sex offender pursuant to California Penal Code (PC) Section 290. For offenders convicted of a sex offense after July 27, 2006, the search condition is imposed broadening the search to include "*papers, computers, other electronic communications or data storage of devices or media.*" Further, it allows the search to be conducted by "any law enforcement or probation officer in the lawful discharge of the officer's supervised release." By imposing the proposed special condition, the Court will be uniform with the new search condition imposed on recent federal offenders sentenced for sex offenses. In addition, the Court will be in accordance with the offender's current treatment contract.

In regards to the ordered no pornography clause that depicts children under the age of 18, the new order eliminates "*…that depicts children under the age of 18*" and restricts all sex offenders from "*…possessing, owning use, view, read, or frequent places with any sexually explicit material in any form.*" The proposed modification of this special condition will be uniform with the new condition ordered on all recent sex offense cases.

In regards to proposed special condition of pre-approved residence, the Court will be uniform with the condition requiring all sex offenders to inform the probation officer of a residence change. This affords the probation officer the opportunity to inspect the new residence and to ascertain whether the new residence is in accordance with the criteria established for sex offenders.

The proposed modifications have been reviewed and discussed with the supervisee. No objections to the proposed modifications were offered and the supervisee signed the *Waiver of Hearing to Modify Special Conditions of Supervised Release,* which is attached for the Court's review.

Respectfully submitted,

**/s/ Jose T. Pulido**

**Jose T. Pulido**
**Senior United States Probation Officer**
Telephone: (559) 499-5725

**DATED:** 5/7/2014

Reviewed by,

**/s/ Tim D. Mechem**

**Tim D. Mechem**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒  Modification approved as recommended.

CC:

United States Probation

Assistant United States Attorney: David Gappa

Defense Counsel: Melody Walcott

IT IS SO ORDERED.

   Dated: **May 14, 2014**          **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE