HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
WILLIAM EDWARD HUGHES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:05-cr-00249 LJO |
| *Plaintiff,* | **STIPULATION TO CONTINUE DISPOSITION, ORDER THEREON** |
| vs. | Date:   April 13, 2015 |
| WILLIAM EDWARD HUGHES, | Time:   8:15 a.m. |
| *Defendant.* | Judge:  Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL G. TIERNEY, Assistant United States Attorneys, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, WILLIAM EDWARD HUGHES, that the date for disposition may be continued to **April 13, 2015, at 8:15 a.m.**, or the soonest date thereafter convenient to the court. Sentencing is currently scheduled for March 16, 2015.

The defense received the dispositional memorandum after the close of business on March 10, 2015, and will not have an opportunity to review it with Mr. Hughes, who is housed at Lerdo, prior to the current sentencing date. The defense is also requesting additional time to submit a sentencing memorandum on Mr. Hughes behalf. Because defense counsel will be out of the office on March 23 and March 30, it is requested that this matter be continued to April 13, 2015.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 11, 2015         By:
/s/ *Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant U. S. Attorneys
Counsel for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: March 11, 2015         By:   */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Counsel for Defendant
William Edward Hughes

O R D E R

Granted.  The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **March 11, 2015**           /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE